JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BY ITS DULY EMPOWERED TRUSTEES THE BARRY WHITE FAMILY TRUST U/A/D: DECEMBER 19, 1980,<br><br>        Plaintiffs,<br><br>    vs.<br><br>JAMES D. HALL AND MICHELLE HALL, Individually and d/b/a J.D.HALL PRODUCTIONS and STERLING VENUE VENTURES, LLC<br><br>        Defendants. | Case No. 2:21-cv-09762-SVW-AS<br><br>Hon. Stephen V. Wilson<br><br>**ORDER OF DISMISSAL**<br><br>**Fed. R. Civ. P. 41(a)**<br><br>Complaint filed: December 17, 2021 |

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED as to all claims and parties, with each party bearing that party's own attorney's fees and costs.

The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:  May 10, 2022

Hon. Stephen V. Wilson
United States District Judge

401243473.1